AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

RONALD HEIMAN,

     Petitioner,       JUDGMENT IN A CIVIL CASE
V.

                     CASE NUMBER: **3:09-CV-00003-LRH-RAM**

BILL DONAT, et al.,

     Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the petition is DISMISSED without prejudice for lack of exhaustion.

   June 23, 2009                             **LANCE S. WILSON**
                                                                  Clerk

                                                                    /s/ D. R. Morgan
                                                                    Deputy Clerk